UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. DUSTIN,<br><br>        Plaintiff,<br><br>        v.<br><br>M. D. BITER, Warden; *et al.*,<br><br>        Defendants.<br>_____/ | No. C-13-1784 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

        This action was opened on April 19, 2013, when the Court received from Dale Owen Dustin a letter about the conditions of confinement in prison. On that date, the Court notified Plaintiff in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within 28 days. Plaintiff requested and received an extension of the deadline to August 4, 2013 to file the complaint and *in forma pauperis* application. When that extended deadline arrived, Plaintiff filed a second request for an extension of the deadline. The court granted the second request, further extended the deadline to September 20, 2013, and warned that "[n]o further extensions of this deadline will be granted because, by the time the extended deadline arrives, Plaintiff will have had five months to prepare his complaint." Docket # 7.

        Plaintiff has requested a third extension of the deadline in a mostly illegible filing. Docket # 8. Five months was more than enough time to prepare the complaint, and Plaintiff's failure to file a complaint suggests that he is not ready to litigate at this time  There is no reason to believe that, if the court granted a third extension of time, Plaintiff would not ask for a fourth extension of time and

a fifth extension after that. Plaintiff's request for a third extension of time to file his complaint is **DENIED**. Docket # 8.

Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction and for failure to pay the filing fee or file an *in forma pauperis* application. The dismissal without prejudice means that Plaintiff may file a new civil rights action when he is ready to do so; when he files that complaint, he should not put a case number on it because a new case number will be assigned to it. Much of Plaintiff's handwriting is illegible, and he must strive to write more clearly in future filings.

The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 17, 2013

_____
EDWARD M. CHEN
United States District Judge

2