**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    D. DUSTIN,                                    No. C-13-1784 EMC (pr)

9              Plaintiff,

10        v.                                       **ORDER OF DISMISSAL**

11   M. D. BITER, Warden; *et al.*,

12             Defendants.
     _____/

13

14        This action was opened on April 19, 2013, when the Court received from Dale Owen Dustin

15   a letter about the conditions of confinement in prison.  On that date, the Court notified Plaintiff in

16   writing that his action was deficient in that he had not attached a complaint and had not filed an *in*

17   *forma pauperis* application.  The Court further notified him that this action would be dismissed if he

18   did not submit a complaint within 28 days.  Plaintiff requested and received an extension of the

19   deadline to August 4, 2013 to file the complaint and *in forma pauperis* application.  When that

20   extended deadline arrived, Plaintiff filed a second request for an extension of the deadline.  The

21   court granted the second request, further extended the deadline to September 20, 2013, and warned

22   that "[n]o further extensions of this deadline will be granted because, by the time the extended

23   deadline arrives, Plaintiff will have had five months to prepare his complaint."  Docket # 7.

24        Plaintiff has requested a third extension of the deadline in a mostly illegible filing.  Docket

25   # 8.  Five months was more than enough time to prepare the complaint, and Plaintiff's failure to file

26   a complaint suggests that he is not ready to litigate at this time  There is no reason to believe that, if

27   the court granted a third extension of time, Plaintiff would not ask for a fourth extension of time and

28

**United States District Court**
For the Northern District of California

1  a fifth extension after that.  Plaintiff's request for a third extension of time to file his complaint is

2  **DENIED**.  Docket # 8.

3       Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading

4  showing the Court has subject matter jurisdiction and for failure to pay the filing fee or file an *in*

5  *forma pauperis* application.  The dismissal without prejudice means that Plaintiff may file a new

6  civil rights action when he is ready to do so; when he files that complaint, he should not put a case

7  number on it because a new case number will be assigned to it.  Much of Plaintiff's handwriting is

8  illegible, and he must strive to write more clearly in future filings.

9       The Clerk shall close the file.

10

11       IT IS SO ORDERED.

12

13  Dated: October 17, 2013

14  _____

15  EDWARD M. CHEN
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2